IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00793-MSK-MEH

ROSAURA ESPINOZA AVILA,

    Petitioner,

v.

DAGOBERTO MARRUFO MORALES and concerning the minor Children A.G.E.M. and A.E.M.,

    Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on October 1, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #41**) and Granting Ms. Avila's Petition (**Doc. #1)**, it is

ORDERED that the Recommendation of Magistrate Judge Hegarty (**Doc. #41**) is **ADOPTED in its entirety**. The Petitioner's Petition (**Doc. #1**) is **GRANTED**. Mr. Morales shall effect the return of the children to Mexico at his expense under 42 U.S.C. §11607(b)(3), to be completed within 21 days of the date the Court's Order (**Doc. #44**).

Any motion for an award of collateral costs and fees shall be filed with 14 days of the date of the Court's Order (**Doc. #44**) and the case is closed.

Dated this 4th[th] day October, 2013.

          ENTERED FOR THE COURT:
          JEFFREY P. COLWELL, CLERK


          By: s/Edward P. Butler
          Edward P. Butler
          Deputy Clerk