IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00793-MSK-MEH

ROSAURA ESPINOZA AVILA,

     Petitioner,

v.

DAGOBERTO MARRUFO MORALES,

     Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2013.**

     Respondent's Motion to Withdraw and Notice [filed October 9, 2013; docket #46] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.* The motion does not contain any indication that Plaintiff attempted to confer with his client or opposing counsel prior to seeking relief from the Court.